## Rush, Appellant, *v.* Radell.

Argued Dec. 7, 1909. Appeal, No. 60, Oct. T., 1909, by plaintiffs, from order of C. P. Montgomery Co., June T., 1908, No. 23, making absolute rule to strike off mechanic's lien in case of Alfred H. Rush and D. W. Weller, copartners, trading as Rush & Weller v. Frederick W. Raddell, owner or reputed owner and Phœnix Woodworking Company, contractor. Before RICE, P. J., HENDERSON, MORRISON, ORLADY, HEAD, BEAVER and PORTER JJ. Affirmed.

PER CURIAM, March 3, 1910:

This case is identical in its essential facts with the case of Wills and Thompson v. Radell, ante, p. 105, in which we herewith file an opinion.

The order is affirmed.